CAJUN CONTI LLC, CAJUN CUISINE 1 LLC, AND CAJUN CUISINE LLC D/B/A OCEANA GRILL

*   NO. 2021-CA-0343

*   COURT OF APPEAL

VERSUS

*   FOURTH CIRCUIT

*   STATE OF LOUISIANA

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND GOVERNOR JOHN B. EDWARDS IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA, AND THE STATE OF LOUISIANA

*

*

* * * * * * *

*SCJ*
**JENKINS, J., CONCURS IN THE RESULT**